IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Coleman, Christine | Case Number: 05 B 38484 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/8/08 | Filed: 9/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 20, 2008
Confirmed: December 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,000.00 | |
| Secured: | | 1,562.58 |
| Unsecured: | | 2,836.69 |
| Priority: | | 0.00 |
| Administrative: | | 2,269.00 |
| Trustee Fee: | | 371.50 |
| Other Funds: | | 960.23 |
| Totals: | 8,000.00 | 8,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,269.00 | 2,269.00 |
| 2. | Zalutsky & Pinski Ltd | Administrative | 0.00 | 0.00 |
| 3. | Chicago Municipal Employees CU | Secured | 1,562.58 | 1,562.58 |
| 4. | Capital One | Unsecured | 240.70 | 547.05 |
| 5. | Jefferson Capital | Unsecured | 403.50 | 917.05 |
| 6. | America's Financial Choice Inc | Unsecured | 132.00 | 300.00 |
| 7. | Peoples Energy Corp | Unsecured | 558.78 | 0.00 |
| 8. | T Mobile USA | Unsecured | 319.64 | 726.45 |
| 9. | AmeriCash Loans, LLC | Unsecured | 152.30 | 346.14 |
| 10. | PFF Emergency Services | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 13. | CB USA Sears | Unsecured | | No Claim Filed |
| 14. | Discover Financial Services | Unsecured | | No Claim Filed |
| 15. | Citi Cards | Unsecured | | No Claim Filed |
| 16. | SBC | Unsecured | | No Claim Filed |
| 17. | Pay Day Loans | Unsecured | | No Claim Filed |
| 18. | Total Gym Fitness | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | Total Gym Fitness | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,638.50 | $ 6,668.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 110.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman, Christine

Printed: 7/8/08

Case Number: 05 B 38484
Judge: Goldgar, A. Benjamin
Filed: 9/20/05

```
        5%              37.49
      4.8%              61.02
      5.4%             162.99
                    _____
                    $ 371.50
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

